**Order filed June 22, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00509-CV
_____

## IN THE INTEREST OF C.F., JR., K.F. AND C.F., CHILDREN

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCV-237456**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. The judgment was signed May 24, 2018. The notice of appeal was due within 20 days, which was June 13, 2018. *See* Tex. R. App. P. 26.1(b), 28.4(a). Appellant R.M., however, filed her notice of appeal on June 21, 2018, a date within 15 days of the due date for the notice of appeal.

A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice

of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we ORDER appellant R.M. to file a proper motion to extend time to file the notice of appeal by **July 5, 2018**. See Tex. R. App. P. 26.3, 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM